IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DOMILICIA KIERRA WOLFE, | * |
| Plaintiff, | * |
| v. | Case No.   7:22-CV-80(TQL) |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| _____ | * |

# **J U D G M E N T**

Pursuant to the Order of this Court filed April 25, 2023, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $4,037.24.

This 25th day of April, 2023.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk